1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  MARIAH WELLS,                              No.  2:21-cv-00994-DAD-CKD
12           Plaintiff,                        NEW CASE NUMBER:
13      v.                                     **2:21-cv-00994-CKD**
14  DCI DONOR SERVICES, INC.,                  **ORDER REASSIGNING CASE**
15           Defendant.
16

17      Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a
18 United States Magistrate." *See* 28 U.S.C. § 636(c).  According to Local Rule 305, both the
19 district court judge assigned to the case and the magistrate judge must approve the reference to
20 the magistrate judge.
21      The undersigned has reviewed the file herein and recommends that the above-captioned
22 case be assigned and referred to the magistrate judge for all further proceedings and entry of final
23 judgment.
24      Accordingly, it is ordered that this matter be reassigned from the docket of United States
25 District Judge Dale A. Drozd to the docket of United States Magistrate Judge Carolyn K.
26 Delaney, for all purposes including trial and entry of judgment.  All currently scheduled dates, if
27 any, presently set before Judge Drozd are hereby vacated.  The parties shall take note that all
28 future documents filed with the Clerk of the Court shall bear case number: **2:21-cv-00994-CKD**.

1
2    IT IS SO ORDERED.

3    Dated:   **May 9, 2024**                    /s/ Dale A. Drozd
                                                 DALE A. DROZD
4                                                UNITED STATES DISTRICT JUDGE

5
        Having also reviewed the file, I accept reference of this case for all further proceedings
6
     and entry of final judgment.
7

8    Dated: 05/10/24

9
                                                 /s/ Carolyn K. Delaney
10                                               CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2