UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH WELLS,<br><br>          Plaintiff,<br><br>     v.<br><br>DCI DONOR SERVICES, INC,<br><br>          Defendant. | No. 2:21-cv-00994-CKD<br><br>ORDER |

On October 7, 2024, the Court granted Plaintiff Mariah Wells's unopposed motion for conditional class certification and preliminary approval of settlement. (ECF No. 37.) On November 12, 2024, plaintiff and defendant DCI Donor Services, Inc. filed a stipulation and proposed order to amend the Court's October 7, 2024, order. (ECF No. 39.) In their stipulation, the parties state that the settlement agreement attached to the original motion for class certification (ECF No. 30-2) mistakenly defined the class as "non-exempt per diem employees." (ECF No. 39 at 2.) The parties wish to modify the Court's October 7, 2024, order to define the class as "non-exempt per diem *piece rate* employees," change the deadlines set within the October 7, 2024, order, and change the date for the fairness hearing that is currently set for March 19, 2025. (ECF No. 39 at 2 (emphasis added).)

The Court reviewed the parties' stipulation and the amended settlement agreement. Based on the Court's review of the amended settlement agreement, the parties are attempting to modify

1

the definition of "Class" (ECF No. 39-1 at 3, ¶ 3) and the definition of "PAGA Class" (*id.* at 6, ¶ 23). Further, the Court found two other changes to the amended settlement agreement. (*Id.* at 7, ¶ 31 & 14, ¶ 55(f).) These changes were not stated in the parties' stipulation or proposed order.

The parties are instructed to submit a new stipulation and proposed order specifically outlining each change made to the amended settlement agreement. The parties are also instructed to explain why the new definitions of "Class" and "PAGA Class" comply with the requirements of Federal Rule of Civil Procedure 23 and do not materially change the Court's October 7, 2024, order.

In accordance with the above, IT IS HEREBY ORDERED that the parties submit a new stipulation and proposed order within 14 days of the date of this order.

Dated: January 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, well.0994.21.suppbrief

2