**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Hannah Becker (SBN 345452)
hb@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH WELLS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DCI DONOR SERVICES, INC., a Tennessee Corporation; and DOES 1 TO 50,<br><br>　　　　Defendants. | Case Number: 2:21-cv-00994 CKD<br><br>**Notice of Motion for Order Granting Final Approval of Class Action Settlement**<br><br>Date:　　　July 16, 2025<br>Time:　　　10:00 a.m.<br>Dept:　　　24<br>Judge:　　　Hon. Mag. Carolyn K. Delaney<br><br>State Action Filed:　April 30, 2021<br>Removal Date:　　June 03, 2021<br>FAC Filed:　　　　June 30, 2021 |

# NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on July 16, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Department 24 of the United States District Court for the Eastern District of California, located at the Robert T. Matsui United States Courthouse at 501 1 Street, Sacramento, California 95814, before the Honorable Magistrate Carolyn K. Delaney, pursuant to Fed. R. Civ. P. 23(e), Plaintiff Mariah Wells ("Plaintiff"), on behalf of herself, the State of California, as a private attorney general, and on behalf of all others similarly situated, will and hereby does move this Court for entry of an order:

1. Finally approving the class action settlement between Plaintiff and Defendant DCI Donor Services, Inc. ("Defendant") (collectively, the "Parties") as fair, adequate, and reasonable, based on the terms set forth in the Parties' *Amended Memorandum of Understanding Regarding Class and PAGA Settlement and Release* (the "Settlement Agreement"), including the payment by Defendant of the non-reversionary gross settlement amount of $175,000.00 ("Gross Settlement Amount"), plus the employer's portion of applicable payroll taxes;

2. Finally appointing the named Plaintiff, Mariah Wells, as class representative for purposes of settlement;

3. Finally appointing Jonathan Melmed, Laura Supanich, and Hannah Becker of Melmed Law Group P.C. as class counsel for purposes of settlement;

4. Finding that the notice of settlement provided by Plaintiff to the California Labor and Workforce Development Agency ("LWDA") satisfied the requirements of the California Labor Code Private Attorneys General Act ("PAGA");

5. Finally approving the allocation for attorneys' fees of 30% of the Gross Settlement Amount (i.e., $52,500.00), plus necessary litigation costs of $2,588.01;

6. Finally approving ILYM Group, Inc. as the third-party settlement administrator (the "Settlement Administrator") and approving payment of $4,850.00 for the costs of administering the settlement;

7. Finding that the *Amended Notice of Pendency of Class and Representative Action and Proposed Settlement* (the "Notice Packet") provided by the Settlement Administrator to the Class complied with the Court's Preliminary Approval Order;

8. Finally approving the allocation of $12,500.00 for penalties pursuant to the California Labor Code Private Attorneys General Act of 2004, of which 75% (i.e., $9,375.00) shall be paid to the LWDA from the Gross Settlement Amount, with the remaining 25% (i.e., $3,125.00) payable to the aggrieved employees;

9. Finally approving a class representative incentive payment to Plaintiff in an amount of $5,000.00 from the Gross Settlement Amount to compensate her for the burdens, responsibilities, time, effort, and risks involved in coming forward on behalf of the proposed class; and

10. Binding all of the participating class members (i.e., all class members who do not timely elect to exclude themselves from the Settlement Agreement) to the terms of the Settlement Agreement, including the release specified therein.

This motion is based on this notice and motion; the memorandum of points and authorities in support thereof; the declaration of Plaintiff's counsel; the declaration of Plaintiff, the declaration of the Settlement Administrator; the Settlement Agreement; the other records, pleadings, and papers filed in this action; and upon such other evidence or argument as may be presented to the court at the hearing of this motion.

Dated: May 23, 2025

**MELMED LAW GROUP P.C.**

*/s/ Jonathan Melmed*

**JONATHAN MELMED**
Attorney for Plaintiff, the Putative Class, and the Aggrieved Employees