# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIAH WELLS ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:21−CV−00994−CKD** |
| **DCI DONOR SERVICES, INC. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/25/2025 .**

ENTERED:   **July 25, 2025**            /s/ **Keith Holland**
                                                        Clerk of Court